1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7  MOLLIE M. BURKS (SBN: 222112)
   mburks@grsm.com
8  KARA D. KEISTER (SBN: 250260)
   kkeister@grsm.com
9  GORDON REES SCULLY
   MANSUKHANI,LLP
10 3 Parkcenter Drive, Suite 200
   Sacramento, CA 95825
11 Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
12 Attorneys for Defendants DRSV San
   Leandro Inc., Vernon James Jackl, Ronni
13 Jackl, Neil B. Goodhue, and Diane C.
   Goodhue
14

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA

17 SAMUEL LOVE,                          ) Case No.: 3:19-CV-02468-EMC
18          Plaintiff,                   )
            v.                           ) **JOINT STIPULATION FOR**
19                                       ) **DISMISSAL PURSUANT TO**
                                         ) **F.R.C.P. 41 (a)(1)(A)(ii)**
20 VERNON JAMES JACKL, in individual and )
   representative capacity as trustee of the )
21 Jackl 2009 Revocable Trust Dated      )
   December 11, 2009; RONNI JACKL, in    )
22 individual and representative capacity as )
   trustee of the Jackl 2009 Revocable Trust )
23 Dated December 11, 2009; NEIL B.      )
   GOODHUE, in individual and            )
24 representative capacity as trustee of the )
   Sandringham Trust Utd August 4, 1999; )
25 DIANE C. GOODHUE, in individual and   )
   representative capacity as trustee of the )
26 Sandringham Trust Utd August 4, 1999; )
   DRSV SAN LEANDRO INC, a California    )
27 Corporation; and Does 1-10,           )
                                         )
28          Defendants,                  )

---

Joint Stipulation                    -1-                    3:19-CV-02468-EMC

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 11, 2019     CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lochart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: October 11, 2019     GORDON REES SCULLY MANSUKHANI, LLP

By:   /s/Kara D. Keister
    Kara D. Keister
    Attorney for Defendants
    DRSV San Leandro Inc., Vernon James Jackl, Ronni Jackl, Neil B. Goodhue, and Diane C. Goodhue

Dated: 10/15/2019



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA